[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-14631
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 18, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00983-CV-T-27-EAJ

WORLD TRIATHLON CORPORATION, INC.,
a Florida corporation,

                                                        Plaintiff-Appellant,

                            versus

DAWN SYNDICATED PRODUCTIONS,
a Delaware Corporation,
TELEPICTURES PRODUCTIONS,
a Delaware Corporation,
WARNER BROS. ENTERTAINMENT INC.,
a Delaware Corporation,
WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION,
INC,
a Delaware Corporation,
WMOR-TV COMPANY,
a Florida Corporation,

                                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(December 18, 2008)**

Before WILSON and COX , Circuit Judges and ALBRITTON,* District Judge.

PER CURIAM:

World Triathlon Corporation ("WTC") filed suit against Dawn Syndicated Productions, et al. ("Dawn"), alleging that Dawn's use of the term "Ironman" in its reality dating television series ElimiDATE infringed on WTC's registered trademark. WTC further alleged that Dawn diluted WTC's "Ironman" trademark by associating it with ElimiDATE. The district court granted summary judgment for Dawn on both issues. Having reviewed the briefs and considered the relevant parts of the record, and after the benefit of oral argument, we affirm for the reasons stated in the district court's well-reasoned order granting Dawn's dispositive motion for summary judgment, dated September 28, 2007.

**AFFIRMED**.

_____

*Honorable William H. Albritton, III, United States District Judge for the Middle District of Alabama, sitting by designation.